UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 2:08-cr-4
                                                          HON. R. ALLAN EDGAR
JANET INGRAHAM,

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United

States Magistrate Judge in this action.  The Report and Recommendation was duly

served on the parties, and no objections have been filed thereto within the time required

by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and recommendation of the Magistrate filed 5/5/08 #16, is

approved and adopted as the Opinion and Findings of this Court.

2.  Defendant JANET INGRAHAM's plea of guilty to Unlawful Opening of Mail by

Postal Service Employee is accepted.  Defendant JANET INGRAHAM is adjudicated

guilty.

3.  A decision of whether to accept the written plea agreement will be made at the

time of sentencing after the Court has had the opportunity to review the Pre-sentence

Investigation Report.  See U.S.S.G. Ch. 6.

SO ORDERED.

Dated:  7/8/08

                                                    /s/ R. Allan Edgar
                                              _____
                                                    R. ALLAN EDGAR
                                              UNITED STATES DISTRICT JUDGE